**DOWNEY et al. v. KENNEDY, Adm'r, et al.**

No. 21358. Opinion Filed Feb. 14, 1933.

W. D. Pierson, John W. Tillman, Fred A. Tillman, and L. A. Justus, Jr., for plaintiffs in error.

Robert Stewart, J. M. Humphreys, Warren K. Snyder, Hamilton, Bross & Howard, Leahy, MacDonald, Maxey & Files, R. E. Bowling, A. P. Carr, Gray & Palmer, and Wilkerson & Brown, for defendants in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 P. 957, this cause is reversed and remanded, with directions to the trial court to vacate the order and judgment heretofore entered in accordance with the prayer of the petition in error for the reason that the defendant in error has failed to comply with the requirements of this court under rule 7.